# EXHIBIT 1

| | Image | Registration Number | Status |
|---|---|---|---|
| 1 | | Turquoise Alpaca<br>VA 2-093-076 | Registered |
| 2 | | Grey Owl<br>VA 2-093-064 | Registered |
| 3 | | Purple Owl<br>VA 2-093-065 | Registered |
| 4 | | Blue Penguin<br>VA 2-093-068 | Registered |
| 5 | | Panda<br>VA 2-093-066 | Registered |
| 6 | | Pink Penguin<br>VA 2-093-069 | Registered |
| 7 | | Pig<br>VA 2-093-070 | Registered |
| 8 | | Sloth<br>VA 2-093-072 | Registered |

3039963.1

EXHIBIT 1 - 23

| 9 |  | Cow<br>VA 2-093-073 | Registered |
|---|---|---|---|
| 10 |  | Purple Unicorn<br>VA 2-093-075 | Registered |
| 11 |  | Frog<br>VA 2-096-026 | Registered |
| 12 |  | Red Fox<br>VA 2-096-025 | Registered |
| 13 |  | Orange Fox<br>VA 2-096-024 | Registered |
| 14 |  | Dog<br>VA 2-096-023 | Registered |
| 15 |  | Cat<br>VA 2-096-018 | Registered |
| 16 |  | Green Alpaca<br>VA 2-096-021 | Registered |

3039963.1

EXHIBIT 1 - 24

| 17 |  | Turquoise Unicorn<br>VA 2-096-020 | Registered |
| 18 |  | Monkey<br>VA 2-096-022 | Registered |
| 19 |  | Hedgehog<br>VA 2-096-028 | Registered |
| 20 |  | Chick | Pending |
| 21 |  | Bear | Pending |

3039963.1

EXHIBIT 1 - 25