# EXHIBIT 2

|   | Image | Registration Number | Status |
|---|---|---|---|
| 1 | | Sloth<br>VA 2-093-072 | Registered |
| 2 | | Monkey<br>VA 2-096-022 | Registered |
| 3 | | Blue Penguin<br>VA 2-093-068 | Registered |
| 4 | | Dog<br>VA 2-096-023 | Registered |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

3040152.1

EXHIBIT 2 - 26