# EXHIBIT 3







**Emma**
$14.99
Get Emma!

**Small Baby Squad**
Get Small Baby Squad!

**Blake**
$14.99
Get Blake!

**Mia**
$14.99
Get Mia!

**Addison**
$14.99
Get Addison!

**Ava**
$14.99
Get Ava!

**Olive**
$14.99
Get Olive!

**Harper**
$14.99
Get Harper!

View the rest of the Collection

# Free Squishmallows Coloring Sheets

Download our custom coloring sheets to show off your artistic skills and have fun with the Squishmallows Squad.

First Name

Last Name

Email

Download





© 2018 Squishmallows



Free Coloring Sheets!  Enter Email....  Download

Shop  About  News & Press  Register  Contact  0 Items

# Squishmallows Shop



**Keychain Packs**
$9.99
Get Keychain Packs!



**Small Baby Squad**
Get Small Baby Squad!



**Small Squads**
Get Small Squads!



**Cameron "Cam"**
$14.99 – $24.99
Get Cameron "Cam"!



**Fifi**
$14.99 – $24.99
Get Fifi!



**Hans**
$14.99 – $24.99
Get Hans!



**Ace**
$14.99 – $24.99
Get Ace!



**Astrid**
$14.99 – $24.99
Get Astrid!



**Stanley**
$14.99 – $24.99
Get Stanley!



**Connor**
$14.99 – $24.99
Get Connor!



**Simon**
$14.99 – $24.99
Get Simon!



**Tim**
$14.99 – $24.99
Get Tim!



Jim
$14.99 – $24.99
Get Jim!

Peter
$14.99 – $24.99
Get Peter!

Hoot
$14.99 – $24.99
Get Hoot!

Holly
$14.99 – $24.99
Get Holly!

Puff
$14.99 – $24.99
Get Puff!

Piper
$14.99 – $24.99
Get Piper!

Sam
$14.99 – $24.99
Get Sam!

Wendy
$14.99 – $24.99
Get Wendy!

James
$14.99 – $24.99
Get James!

Milly
$14.99 – $24.99
Get Milly!

# Free Squishmallows Coloring Sheets

Download our custom coloring sheets to show off your artistic skills and have fun with the Squishmallows Squad.

First Name

Last Name

Email

I'm In!



# Spring Squishmallows



**Bop**
$14.99
Get Bop!

**Bubbles**
$14.99
Get Bubbles!

**Buttons**
$14.99
Get Buttons!

**Charlotte**
$14.99
Get Charlotte!

**Chuck**
$14.99
Get Chuck!

**Sophie**
$14.99
Get Sophie!



© 2018 Squishmallows



Shop › About   News & Press   Register   Contact

# Baby Squad



### Addison
$14.99
Get Addison!



### Ava
$14.99
Get Ava!



### Blake
$14.99
Get Blake!



### Emma
$14.99
Get Emma!



### Harper
$14.99
Get Harper!



### Jaxton
$14.99
Get Jaxton!



### Liam
$14.99
Get Liam!



### Mia
$14.99
Get Mia!



### Olive
$14.99
Get Olive!



### Small Baby Squad
Get Small Baby Squad!

  

© 2018 Squishmallows